*Harold H. Greene* and *William A. Kehoe, Jr.* for the United States. *Frederick Bernays Wiener* for appellee.

No. 597. HOFFMAN, U. S. DISTRICT JUDGE, *v.* BLASKI ET AL. C. A. 7th Cir. Certiorari granted. *Charles J. Merriam* and *Samuel B. Smith* for petitioner. *Lloyd C. Root,* *Daniel V. O'Keeffe* and *John O'C. FitzGerald* for respondents.

No. 132. AQUILINO ET AL., DOING BUSINESS AS HOME MAINTENANCE CO., ET AL. *v.* UNITED STATES ET AL. Court of Appeals of New York. Certiorari granted. *Charles S. Friedman* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for the United States.

No. 559. HENRY *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted. *Edward J. Calihan, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 570. McELROY, SECRETARY OF DEFENSE, ET AL. *v.* UNITED STATES EX REL. GUAGLIARDO. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General White, Harold H. Greene* and *William A. Kehoe, Jr.* for petitioners. *Michael A. Schuchat* for respondent.